UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO: 08-20169-CR-GOLD

        Plaintiff,

VS.

GUILLERMO ROIG,

        Defendant.
_____/

## ORDER AFTER PRETRIAL CONFERENCE

This matter came for hearing pursuant to this Court's order setting pretrial conference for March 25, 2008. At the pretrial conference this Court addressed the defendant's motion for continuance of trial. Based on the matters presented and the argument of counsel, it is hereby

**ORDERED AND ADJUDGED** as follow:

1) The defendant's motion for continuance of trial [DE 20] is hereby **granted** without Government objection..

2) On or before **April 4, 2008**, all pretrial motions shall be due.

3) The calendar call is hereby continued to **Wednesday, April 23, 2008 at 1:30 p.m**.

4) The trial date is hereby continued to the two-week trial period commencing **Monday, April 28, 2008 at 9:00 a.m.**

The Court finds that the ends of justice will be served by taking such action and outweighs the best interest of the public and defendants to a speedy trial. The Court bases its ruling on the factors set forth in Title 18, United States Code, Section 3161(h)(8)(B)(i) and (iv). The Court further finds the period of delay from **March 24, 2008 through May 2, 2008 excludable** in calculating the period within which trial must commence under the Speedy Trial Act.

U.S.A. VS. ROIG, CASE NO. 08-20169-CR-GOLD

**DONE AND ORDERED** at Miami, Florida, this    26th    day of March, 2008.

*[signature]*

UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    Magistrate Judge Bandstra
       AUSA Christopher J Clark
       Juan de Jesus Gonzalez, Esquire